Form 165

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

5
jmar

In re:
Jenetha Gross−Williams **Debtor(s)**

Bankruptcy Case No.: 26−10465−JCM
Chapter: 7
Adversary Proceeding No.: 26−01010−JCM

Jenetha Gross−Williams
**Plaintiff(s)**
**vs.**
Department of Education
**Defendant(s)**

FILED
OCT 26 2026
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA
ERIE OFFICE

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 19 day of October 2026 I served a copy of the within **Complaint, Summons and First Pretrial Order** by (describe the mode of service):

on the defendant(s) at (List names and addresses here):

The Attorney General of the US
Civil Division, Bankruptcy Section
US Department of Justice, 950 Penn Sylvania AVE
Washington, DC, 20530

Civil Process Clerk
The US Attoney
633 Joseph F Weis Jr.
US Court house
Pittsburgh, PA 15219-1955

US Department of Education: 400 Maryland AVE, SW, Washington, DC 20202
(Office of General Council)
(rm 6353)

Executed on 10-19-2026
(Date)

Jenetha Gross Williams
(Signature)

Jenetha Gross Williams 5516 Carol jean blvd Garfield hts, OH 44125
(Type Name and Mailing Address of Person Who Made Service)

Form 315

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Jenetha Gross–Williams**<br>*Debtor(s)*<br><br>**Jenetha Gross–Williams**<br><br>*Plaintiff(s),*<br><br>v.<br>**Department of Education**<br><br>*Defendant(s).* | Bankruptcy Case No.: 26–10465–JCM<br>Chapter: 7<br>Adversary Proceeding No.:<br>26–01010–JCM<br>First Pretrial Hearing: Nov. 18, 2026 at<br>02:00 PM |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To: Department of Education**
**PO Box 82561**
**Lincoln, NE 68501**

**YOU ARE HEREBY SUMMONED AND REQUIRED TO FILE WITH THE CLERK OF THE BANKRUPTCY COURT** and serve upon the Plaintiff's attorney or Plaintiff, if no attorney, a ***Motion*** or ***Answer*** to the *Complaint* which is attached to this Summons ***within 30 days after the date of issuance of this Summons,*** except that the United States and its officers and agencies shall submit a Motion or Answer to the *Complaint* within 35 days. ***Electronic filing is mandatory*** in the Western District of Pennsylvania for attorneys entering an appearance. *See W.PA.LBR 5005–1.*

Address of Clerk

Clerk, U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501

If you file a Motion, then your time to answer the *Complaint* is governed by *Bankruptcy Rule 7012.*

***ANSWERS ARE DUE ON OR BEFORE November 9, 2026*** and ***N/A*** for the United States. ***FAILURE TO FILE*** an Answer may result in the Court entering a default judgment.

***IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.***

Dated: October 8, 2026

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Form 161

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jenetha Gross−Williams**<br>*Debtor(s)*<br><br>**Jenetha Gross−Williams**<br><br>*Plaintiff(s),*<br><br>v.<br>**Department of Education**<br><br>*Defendant(s).* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy Case No.: 26−10465−JCM<br>Chapter: 7<br>Adversary Proceeding No.:<br>26−01010−JCM<br>First Pretrial Hearing: Nov. 18, 2026 at<br>02:00 PM |

**FIRST PRETRIAL ORDER**
**(BANKRUPTCY RULE 7016)**

***AND NOW,* this 8th day of October,** enclosed are summonses issued to Plaintiff(s) for service to each Defendant.

**SERVICE OF THE SUMMONS, TOGETHER WITH A COPY OF YOUR COMPLAINT AND THIS ORDER SHALL BE MADE WITHIN SEVEN (7) DAYS FROM THE DATE OF ISSUANCE.**

**THE PERSON MAKING SERVICE MUST EXECUTE THE CERTIFICATE OF SERVICE AND FILE THE SAME WITH THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THIS ORDER. FAILURE TO FILE YOUR CERTIFICATE OF SERVICE WHEN DUE WILL RESULT IN THE DISMISSAL OF THIS PROCEEDING.**

**If this Adversary Proceeding involves the United States of America or a Federal Agency or Officer as a defendant, you are directed to serve a copy of your complaint, the Summons and this Order upon all of the following:**

**(1)** The agency or officer involved.
(The pleading must specifically identify the Federal Agency involved.)

**(2)** Civil Process Clerk
THE UNITED STATES ATTORNEY
633 Joseph F. Weis Jr. United States Courthouse
Pittsburgh, PA 15219−1955

**(3)** THE ATTORNEY GENERAL OF THE UNITED STATES
CIVIL DIVISION, BANKRUPTCY SECTION
U.S. Department of Justice
Washington, D.C. 20530

Both the Debtor and Debtor's Counsel shall be served when Debtor is a defendant in the case.

continued on reverse side or next page

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

Jenetha Gross Williams

**Debtor(s)**

**Bankruptcy No.** 26-10465

**Chapter** 7

****************************************

Jenetha Gross Williams

**Plaintiff(s)**

**Adversary No.** 26-01010-JCM

**v.**

Department of Education

**Defendant(s)**

**Doc. No.** ______

FILED
OCT 07 2026
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA
ERIE OFFICE

Amended Complaint ~~**MOTION**~~ I Jenetha Gross Williams is asking the judje to issue an order to discharge the balance of $36,738.48 I owe in student loans to Department of Education I can not afford to make monthy payments to the Department of Education and pay rent, car note, auto insurance, life insurane, clothes and feed myself, I recieved an eviction notice this year because rent was to high and becoming more expensive, along with other debt was the reason i filed bankruptcy chapter 7. The bankruptcy attoney filed September 10, 2026 in the Western District

of pennsylvania. Case# 26-10465.
My hearing date is virtual on
11-4-2026 at 8:30 AM.
My bankruptcy attorney is
Tina Fryling. Jenetha Gross
Williams as the pleader consent
to entry of final orders or judgment
of the bankruptcy court.

Dated: 9-21-26

By: Jenethea Gross Williams
Signature

Jenetha Gross Williams
Printed Name

5516 Carol jean blvd
Address Garfield hts, OH 44125

216 816-5125
Phone No.